UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:20-cv-1373-Orl-41GJK

DAVID POSCHMANN,

    Plaintiff,

v.

BEACH QUARTERS RESORT, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, by and through his undersigned counsel, hereby informs the Court that this matter has been resolved.

Dated: September 25, 2020

        s/Drew M. Levitt
        Drew M. Levitt
        Florida Bar No. 782246
        drewmlevitt@gmail.com
        Lee D. Sarkin, Esq.
        Florida Bar No. 962848
        Lsarkin@aol.com
        4700 N.W. Boca Raton Boulevard
        Suite 302
        Boca Raton, Florida 33431
        Telephone (561) 994-6922
        Attorneys for Plaintiff