UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DAVID POSCHMANN,**

        **Plaintiff,**

v.                                       Case No:  6:20-cv-1373-Orl-41GJK

**BEACH QUARTERS RESORT, LLC,**

        **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on the Notice of Settlement (Doc. 10), wherein Plaintiff has advised the Court that the above-styled action has been resolved.

Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida on September 28, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record